UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES KOST and MOLLY KANDLE-KOST,    )
        Plaintiffs,    )    No. 1:19-cv-1006
        )
-v-    )    Honorable Paul L. Maloney
        )
HON. SUZANNE HOSETH KREEGER,    )
        Defendant.    )
        )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 12), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  April 27, 2020                                    /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge